SECRET
unsealed 3-13-08 ajs

2008 MAR -7 PM 12:56

KMH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0682 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| MARISELA CASTRO-JUAREZ (1), ) MARISA MELENA MAFNAS (2), ) DAVID MONTES (3), ) JULIE HERNANDEZ (4), ) RANDAL MARK PANTER (5), ) LORENZO PECORARO (6), ) JOSE PARADA-VELAZQUEZ (7), ) JOHN WALTER SCHUH (8), ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Marisa Melena Mafnas, Criminal Case No. 08CR0306-JLS.

DATED: March 7, 2008.

KAREN P. HEWITT
United States Attorney

*Steve Miller*

STEVE MILLER
Assistant U.S. Attorney