# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**NOT FOR PUBLIC VIEW**

**SECRET** (struck through)    Unsealed 3/13/08 ajy

UNITED STATES OF AMERICA

v.

Marisa Melena Mafnas(2)

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

**CASE NUMBER:** 08cr0682 JLS

YOU ARE HEREBY COMMANDED to arrest    Marisa Melena Mafnas (2)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)    [ ] Pretrial Violation

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title    See Above    United States Code, Section(s)

W. Samuel Hamrick, Jr.         Clerk of the Court
Name of Issuing Officer         Title of Issuing Officer

(SEAL)

A. Everill         March 7, 2008    San Diego, CA
Signature of Deputy         Date and Location

RECEIVED 2008 MAR -7 A 4:09

Bail fixed at $ _____ by    The Honorable Cathy A. Bencivengo
                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |


ajy