## MINUTES OF THE UNITED STATES DISTRICT COURT

| USA v. | CASTRO JUAREZ | [1] | 08CR0682-JLS |
|---|---|---|---|
| | MAFNAS [2] | PANTER | [5] |
| | PARADA-VELAZQUEZ [7] | SCHUH | [8] |

The Honorable:   ANTHONY J. BATTAGLIA

Atty   VICTOR PIPPINS, FD      for   [1,5,7,8]   -

AJB08-1: 1046-1103

Ausa: Steve Miller
Federal Defenders, Inc. - (s/a for #1,5,6 & 8)

Attorney Merle Schneidewind (01) (n/a) - Appointed
Attorney Robert Boyce (02) - Appointed
Attorney Joseph Cox (05)(n/a) - Appointed
Attorney Gerald Mcfadden (07)(n/a) - Appointed
Attorney Richard Boesen (08)(n/a) - Appointed

Governments Oral Motion To Unseal Indictment - Granted.

All Defendants Arraigned on Indictment and Plead Not Guilty

Governments Oral Motion for Detention as to Risk of Flight - (As to dfts #1,5,7 & 8)

Detention Hearing set for 03/18/08 @ 3:00 p.m. before Magistrate Judge Battaglia.

(As to dft #02) - $40,000 p/s Bond posted in #08cr0306-JLS is to apply to #08cr0682-JLS, subject to an acknowledgment of the sureties of the modification of the bond, to be submitted by counsel. Same conditions of bail as previously set in #08cr0306-JLS are now imposed in #08cr0682-JLS. Court also modifies condtions of bail modifying dfts curfew to 10:00pm - 6:00am..

Counsel submitted acknowledgment of sureties. Abstract order issued for dft Marisa Melenda-Mafnas fingerprint and release on bond.

Date: 03/13/08

END OF FORM

by YMM

H:\08cr0682.wpd