1  ROBERT E. BOYCE
   State Bar No. 79806
2  BOYCE & SCHAEFER
   934 23rd Street
3  San Diego, CA 92102
   619/232-3320
4
   Attorney for Defendant
5  MARISA MELENA MAFNAS



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0682-JLS |
| Plaintiff, | **SURETIES' MODIFICATION OF BOND** |
| v. | |
| MARISA MELENA MAFNAS, | |
| Defendant. | |

We, Joe Melena and Marie Melena, surety signatories on Marisa Melena Mafnas' bond filed January 28, 2008, in case No. CR0306-JLS, in the United States District Court for the Southern District of California, acknowledge the bond is applied to case No. 08CR0682-JLS. We are aware of the charges now pending against Marisa Mafnas and agree to act as sureties in case No. 08CR0682-JLS.

We further agree the bond is secured by real property previously posted.

We further agree Ms. Mafnas' curfew may be modified to 10:00 p.m. to 6:00 a.m.

We declare under penalty of perjury the foregoing is true and correct.

Executed this 13th day of March, 2008, at San Diego, California.

_____
Joe Melena

_____
Marie Melena