1 | CHARLES H. ADAIR
Attorney at Law
2 | 1140 Union Street, Ste. 201
San Diego, CA 92101
3 | (619) 233-3161
State Bar No: 52163
4 |
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO: 08CR682-JLS |
|---|---|
| Plaintiff, | ) |
| vs. | ) ACKNOWLEDGMENT OF NEXT COURT |
| | ) DATE |
| MARISA MAFNAS, | ) |
| Defendant | ) |

Defendant, MARISA MAfNAS, acknowledges that the change of plea date in the above-captioned matter currently scheduled for August 8th, 2008 is now reset for August 5th, 2008 at 9:00 A.M.

Dated: 7/31/08

_____
MARISA MAFNAS

-1-

```
 1  CHARLES HALLIGAN ADAIR
    Attorney at Law
 2  1140 Union Street, Ste. 201
    San Diego, CA 92101
 3  Telephone: (619) 233-3161
    Fax:(619) 233-3127
 4  State Bar No: 52163

 5
    Attorney for: Defendant
 6

 7
                    UNITED STATES DISTRICT COURT
 8
                   SOUTHERN DISTRICT OF CALIFORNIA
 9

10                                      )
11  UNITED STATES OF AMERICA,            )  CASE NO: 08CR682-JLS
                                         )
12          Plaintiff,                   )  CERTIFICATE OF SERVICE
                                         )
13      vs.                              )
                                         )
14  MARISA MAFNAS,                       )
                                         )
15          Defendant                    )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18  _____)

19    IT IS HEREBY CERTIFIED that:

20    I, CHARLES H. ADAIR, a citizen of the United States over the age of 18 years and a resident

21  of San Diego County, California, whose business address is 1140 Union St., Ste. 201, San Diego,

22  California, 92101; and is not a party to the above-entitled action and subsequent to electronically

23  filing with the Clerk of the Court, I personally served a copy of :

24  ACKNOWLEDGEMENT OF NEXT COURT DATE

25  TO: STEPHEN MILLER, AUSA
        UNITED STATES ATTORNEY'S OFFICE
26      880 FRONT STREET. ROOM 6293
        SAN DIEGO, CA 92101
27
28  BY: electronically filing
```

1 | I declare under penalty of perjury that the foregoing is true and correct.

2

3 | Executed on July 31, 2008

4 | S/CHARLES H. ADAIR<br>CHARLES H. ADAIR